JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JESUS HERNANDEZ, | Case No. 20-10094-JLS (JEM) |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| GAMBOA, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 13, 2021

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE